IIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH SANTANGELO, | |
| Plaintiff, | CIVIL ACTION |
| v. | District Judge John Z. Lee |
| COMCAST CORPORATION, | Magistrate Judge Young B. Kim |
| Defendant. | NO.: 1:15-cv-00293 |

**COMCAST CORPORATION'S [AMENDED UNOPPOSED] MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S COUNTER-STATEMENT OF ADDITIONAL MATERIAL FACTS**

Defendant Comcast Corporation ("Comcast"), by and through its undersigned attorneys, respectfully moves the Court, pursuant to Rules 5.2 and 7(b) of the Federal Rules of Civil Procedure and Rules 5.8 and 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, for an Order directing the Clerk of the Court to file under seal, until further order, Comcast's Reply in Support of its Cross-Motion for Summary Judgment, Response to Plaintiff's Counter-Statement of Additional Material Facts, and accompanying exhibits (together, the "Summary Judgment Filings"). Plaintiff has confirmed that he has no opposition to this motion.

On May 3, 2016, the Court entered the parties' Agreed Confidentiality Order, which set forth a "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" designation to protect certain sensitive documents and testimony from disclosure. *See* Agreed Confidentiality Order, Dkt. No. 78 (**"Confidentiality Order"** or **"Order"**). This designation covers the following categories: "(a) information prohibited from disclosure by statute; (b) information that reveals

trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; (g) personnel or employment records of a person who is not a party to the case; (h) information received in confidence from third parties." *Id.* ¶ 2. If materials are designated Confidential-Subject to Protective Order, they may not be shared outside of a narrowly defined number of individuals identified in the Order. *Id.* ¶ 5.

Comcast's Summary Judgment Filings cite to Plaintiff's deposition testimony, deposition testimony of Comcast's 30(b)(6) witness, third-party credit reports, and Comcast's proprietary policies and procedures, which contain trade secret and/or commercial information that Comcast has maintained as confidential.

A public version of the motion with exhibits is being filed along with the sealed motion, and non-redacted copies will be provided to Plaintiff and the Court, pursuant to Paragraph 7 of the Confidentiality Order and Local Rule 6.2.

As such, Comcast respectfully requests that the Court grant Comcast's Motion to File Under Seal and instruct the Clerk of the Court to keep Comcast's Reply in Support of its Cross-Motion for Summary Judgment, Response to Plaintiff's Counter-Statement of Additional Material Facts, and accompanying exhibits under seal.

Dated: June 8, 2018	Respectfully submitted,

  /s/  Justin O. Kay
Justin O. Kay (ARDC No. 6286557)
**Drinker Biddle & Reath LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:	(312) 569-1000
Fax:	(312) 569-3000
Justin.Kay@dbr.com

Seamus C. Duffy (*pro hac vice*)
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
**Drinker Biddle & Reath LLP**
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Tel:	(215) 988-2700
Fax:	(215) 988-2757
Seamus.Duffy@dbr.com
Michael.McTigue@dbr.com
Meredith.Slawe@dbr.com

*Attorneys for Defendant Comcast Corporation*

## **CERTIFICATE OF SERVICE**

I certify that I served a copy of the foregoing document on the following electronically by using the CM/ECF system on this 8th day of June, 2018:

Timothy J. Sostrin
**Keogh Law, LTD**
55 W. Monroe St., Suite 2290
Chicago, IL 60603
(312) 726-1092
tsostrin@keoghlaw.com

/s/ Justin O. Kay